Fenerty, Appellant, *v.* Duffin et al.

Argued May 24, 1943. Before MAXEY, C. J.; DREW, LINN, STERN, PATTERSON, PARKER and STEARNE, JJ.

*Wm. S. Fenerty,* P. P., with him *Ignatius A. Quinn,* for appellant.

*John F. Thaete,* with him *Walter B. Gibbons,* for appellee, David Duffin, Sr.

*Sabato M. Bendiner,* for appellees, John Duffin et al.

PER CURIAM, June 30, 1943:

The judgment of the Court below is affirmed upon the opinion of Judge LEWIS.